# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156182 & (73)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                           SC: 156182
                           COA: 332288
                           Wayne CC: 15-005228-FH

VIRGIL SMITH,
      Defendant-Appellee.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 18, 2017 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on reconsideration granted. We DIRECT the Court of Appeals to issue an opinion on remand no later than 5:00 p.m. on Friday, August 25, 2017. Any appeal from that decision must be filed in this Court by 5:00 p.m. on Monday, August 28, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2017

s0815d



Clerk